UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

UNITED STATES OF AMERICA,

             -v-

LARRY BRAND,

                           Defendant.

---------------------------------------------------------- X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___4/3/2023___ |

1:22-cr-497-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

       A proceeding is scheduled with respect to defendant Larry Brand on April 20, 2023, at 9:30

a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York 10007.

       SO ORDERED.

Dated:  April 3, 2023
       New York, New York

                                            _____
                                               GREGORY H. WOODS
                                        United States District Judge