```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
     UNITED STATES OF AMERICA,                                 :
                                                               :
                                                               :
                   -v-                                         :
                                                               :
                                                               :
     LARRY BRAND,                                              :
                                                               :
                                        Defendant.             :
-------------------------------------------------------------- X
```

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 4/19/2023 | |

1:22-cr-497-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

The proceeding scheduled with respect to defendant Larry Brand on April 20, 2023, is adjourned to May 2, 2023, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 19, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge