```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                -v-                                          :       1:22-cr-497-GHW
                                                             :
                                                             :
    LARRY BRAND,                                             :       ORDER
                                                             :
                                        Defendant.           :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2023

GREGORY H. WOODS, United States District Judge:

The Court will hold a hearing with respect to defendant Larry Brand on August 16, 2023, at 9:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 14, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge