UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -v-

    LARRY BRAND,

                       Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2023

1:22-cr-497-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

       The sentencing hearing scheduled with respect to defendant Larry Brand for November 21, 2023 will instead take place on November 20, 2023, at 12:00 p.m. The parties' sentencing submissions deadlines remain in full force and effect.

       SO ORDERED.

Dated: November 6, 2023
New York, New York

                                                _____
                                                  GREGORY H. WOODS
                                             United States District Judge